

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause number:                          01-13-00126-CV

Style:                                 Darien Vivero Capoche

                                       **v** Philippe Camile Julien Magnier

Date motion filed[*]:                  June 17, 2013

Type of motion:                        Motion for extension of time to file response

Party filing motion:                   Appellee

Document to be filed:                  Appellee's brief

Is appeal accelerated?          No

If motion to extend time:
    Original due date:
    Number of previous extensions granted:      Current Due date:
    Date Requested:      20 days after appellant's supplemental brief is filed

Ordered that motion is:

    ☑   Granted

          If document is to be filed, document due:

          ☐     The Court will not grant additional motions to extend time

    ☐  Denied

    ☐  Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐  Other: _____

  **Appellee's brief will be due no later than 30 days after the date the appellant's amended or supplemental brief is filed.** *See* **TEX. R. APP. P. 38.6(b).**

Judge's signature:   /s/ Harvey Brown
          ☑ Acting individually    ☐ Acting for the Court

Panel consists of   _____

Date: June 26, 2013_____